UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF A. MOYER,

       Plaintiff,

                                    Case No. 1:13-cv-34

v.

                                    HONORABLE PAUL L. MALONEY

ARTEMIO LOPEZ,

       Defendant,
_____/

## **JUDGMENT**

      Pursuant to Fed.R.Civ.P. 58, **MONEY JUDGMENT** is hereby entered in favor of Plaintiff Jeff A. Moyer and against Defendant Artemio Lopez in the amount of $1,200.00, together with interest at the statutory rate and costs of $293.00.

Date:  February 6, 2013                                /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District